UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In re:                              )   Case No. 11-27303
    FIRTH, EARDLEY             )
    FIRTH, CARMELITA           )
                                    )
                                    )
                                    )
                                    )
                  Debtor(s)   )

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on December 20, 2011 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

    If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: November 23, 2011                By: /s/ Richard M. Fogel
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawgussis.com
**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: FIRTH, EARDLEY | § | Case No. 11-27303 |
| FIRTH, CARMELITA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.11 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 4,925.11 |
| **Balance on hand:** | $ 4,925.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,925.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,250.01 | 0.00 | 1,250.01 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,250.01 |
| Remaining balance: | $ 3,675.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 3,675.10 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,675.10

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,274.30 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 1,103.53 | 0.00 | 103.26 |
| 2 | Chase Bank USA, N.A. | 1,365.38 | 0.00 | 127.77 |
| 3 | Chase Bank USA, N.A. | 7,587.13 | 0.00 | 709.97 |
| 4 | Chase Bank USA, N.A. | 4,781.08 | 0.00 | 447.39 |
| 5 | Great Lakes Educational Loan Services | 22,612.69 | 0.00 | 2,115.98 |
| 6 | GE Capital Retail Bank | 1,511.95 | 0.00 | 141.48 |
| 7 | GE Capital Retail Bank | 312.54 | 0.00 | 29.25 |

Total to be paid for timely general unsecured claims: $ 3,675.10
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
                        Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                    Case No. 11-27303-CAD
Eardley Firth                                             Chapter 7
Carmelita Firth
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1        User: vwalker          Page 1 of 2         Date Rcvd: Nov 30, 2011
                            Form ID: pdf006        Total Noticed: 26
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 02, 2011.
db/jdb         +Eardley Firth,   Carmelita Firth,    8210 Central Park,    Skokie, IL 60076-2909
17491164       +American Home Mtrg Servicing,    POB 631730,    Irving, TX 75063-0002
17491165       +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17491168       +Chase,   N54 W 13600 Woodale Dr,   Menomonee Falls, WI 53051-7026
17491169       +Chase - Cc,   Attention: Bankruptcy Department,    Po Box 15298,    Wilmington, DE 19850-5298
17721248        Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17491170       +David Mc Whinnie, MD,    3526 W Dempster,   Skokie, IL 60076-2340
17491171       +Deutsche Bank National Trust Compan,    1761 E. Saint Andrew Pl,    Santa Ana, CA 92705-4934
17761077        Great Lakes Educational Loan Services,    Claims Filing Unit,    PO Box 8973,
                 Madison, WI 53708-8973
17491173      #+Hsbc Best Buy,   Attn: Bankruptcy,    Po Box 6985,    Bridge Water, NJ 08807-0985
17491175       +Macys/fdsb,   Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
17491176        Menards,   P.O. Box 17602,   Baltimore, MD 21297-1602
17491177       +Nbgl Carsons,   Household Mortgage Services,    P.O. Box 9068,    Brandon, FL 33509-9068
17491179       +Nco Fin 15,   507 Prudential Rd,   Horsham, PA 19044-2368
17491180       +North Shore Skokie Hospital,    9600 Gross Point Rd.,    Skokie, IL 60076-1214
17491181       +Prfrd Cus Ac,   Po Box 94498,   Las Vegas, NV 89193-4498
17491182      #+Saxon Mortgage Service,    4708 Mercantile Dr.,   Fortworth, TX 76137-3605
17635343       +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
17491183       +Target N.b.,   P O Box 673,   Minneapolis, MN 55440-0673
17491184       +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
17491186        Toyota Motor Credit,    111 W 22nd St Ste 420,   Oak Brook, IL 60523
17491187       +Us Dept Of Ed/glelsi,    2401 International Ln,   Madison, WI 53704-3121
17491188       +Wells Fargo Hm Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17892136        E-mail/PDF: rmscedi@recoverycorp.com Dec 01 2011 04:30:00     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
17491172       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2011 04:29:58     Gemb/jcp,   Attention: Bankruptcy,
                 Po Box 103104,   Roswell, GA 30076-9104
17491174       +E-mail/PDF: gecsedi@recoverycorp.com Dec 01 2011 04:29:58     Lowes / MBGA,
                 Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 3
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17491166*      +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17491167*      +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17491178*      +Nbgl Carsons,   Household Mortgage Services,    P.O. Box 9068,    Brandon, FL 33509-9068
17491185*      +Tnb-visa,   Po Box 560284,   Dallas, TX 75356-0284
                                                                                  TOTALS: 0, * 4, ## 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 02, 2011**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: vwalker              Page 2 of 2           Date Rcvd: Nov 30, 2011
                              Form ID: pdf006            Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2011 at the address(es) listed below:

        Julita  Kocinski    on behalf of Debtor Eardley Firth julitakocinski@yahoo.com, julitakocinski@gmail.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Richard M Fogel    rfogel@shawgussis.com, IL72@ecfcbis.com
        Susan J. Notarius    on behalf of Creditor  American Home Mortgage Servicing, Inc. snotarius@Klueverplatt.com

                                                                                 TOTAL: 4