**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: FIRTH, EARDLEY | § Case No. 11-27303 |
| FIRTH, CARMELITA | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $255,704.94         Assets Exempt: $85,654.94
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,675.16      Claims Discharged
                                                Without Payment: $38,826.14

Total Expenses of Administration: $1,325.01

---

3) Total gross receipts of $ 5,000.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $237,470.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,325.02 | 1,325.01 | 1,325.01 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 43,043.00 | 39,274.30 | 39,274.30 | 3,675.16 |
| **TOTAL DISBURSEMENTS** | $280,513.00 | $40,599.32 | $40,599.31 | $5,000.17 |

4) This case was originally filed under Chapter 7 on June 30, 2011. The case was pending for 6 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2012  By: /s/RICHARD M. FOGEL
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2010 Tax refund | 1124-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Toyota Motor Credit | 4110-000 | 6,475.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 23,357.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Hm Mortgage | 4110-000 | 207,638.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$237,470.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,250.02 | 1,250.01 | 1,250.01 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,325.02 | 1,325.01 | 1,325.01 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | TARGET NATIONAL BANK | 7100-000 | 1,000.00 | 1,103.53 | 1,103.53 | 103.26 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 1,082.00 | 1,365.38 | 1,365.38 | 127.77 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 7,438.00 | 7,587.13 | 7,587.13 | 709.98 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 4,327.00 | 4,781.08 | 4,781.08 | 447.40 |
| 5 | Great Lakes Educational Loan Services | 7100-000 | 24,232.00 | 22,612.69 | 22,612.69 | 2,116.02 |
| 6 | GE Capital Retail Bank | 7100-000 | 1,473.00 | 1,511.95 | 1,511.95 | 141.48 |
| 7 | GE Capital Retail Bank | 7100-000 | 264.00 | 312.54 | 312.54 | 29.25 |
| NOTFILED | Menards | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin 15 | 7100-000 | 326.00 | N/A | N/A | 0.00 |
| NOTFILED | Prfrd Cus Ac | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 1,301.00 | N/A | N/A | 0.00 |
| NOTFILED | Tnb-visa | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Saxon Mortgage Service | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | North Shore Skokie Hospital | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Gemb/jcp | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Deutsche Bank National Trust Compan | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | American Home Mtg Srv | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | David Mc Whinnie, MD | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 43,043.00 | 39,274.30 | 39,274.30 | 3,675.16 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-27303  
**Case Name:** FIRTH, EARDLEY  
　　　　　　　FIRTH, CARMELITA  
**Period Ending:** 01/03/12  

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/30/11 (f)  
**§341(a) Meeting Date:** 07/27/11  
**Claims Bar Date:** 10/28/11  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Checking account with Bank of America, loan #005<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 189.00 | 0.00 | DA | 0.00 | FA |
| 2  Savings account with Bank of America, acc.# 0044<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 200.00 | 0.00 | DA | 0.00 | FA |
| 3  Checking account with Bank of America, joint wit<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 100.00 | 0.00 | DA | 0.00 | FA |
| 4  Checking account with Bank of America xxx6875<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 200.00 | 0.00 | DA | 0.00 | FA |
| 5  Used furniture<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  Used clothing<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 200.00 | 0.00 | DA | 0.00 | FA |
| 7  New York Life Insurance PO Box 6916 Cleavland, I<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 200.00 | 0.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-27303  
**Case Name:** FIRTH, EARDLEY  
FIRTH, CARMELITA  
**Period Ending:** 01/03/12

**Trustee:** (330720)  RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 06/30/11 (f)  
**§341(a) Meeting Date:** 07/27/11  
**Claims Bar Date:** 10/28/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 8   IRA with Bank of America P.O.Box 53150 Phoenix A<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 9   401K with Western Southern Life PO Box 2918 Cinc<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 10   401K with Great West Retirement Services PO Box<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 23,240.94 | 0.00 | DA | 0.00 | FA |
| 11   2010 Tax refund<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT  (See Footnote) | 9,691.00 | 5,000.00 |  | 5,000.00 | FA |
| 12   2002 Mitsubishi Montero Mileage 69,240<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 13   2007-Toyota Camry Mileage 28,971<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 8,000.00 | 691.00 | DA | 0.00 | FA |
| 14   2003 Pontiac Grand Mileage 70,000 very bad condi<br>Orig. Asset Memo: Imported from Amended Doc#: 17; Original asset description: 2007-Toyota Camry Mileage 28,971 SCHEDULE    C  - PROPERTY CLAIMED    AS  EXEMPT | 1,675.00 | 500.00 | DA | 0.00 | FA |

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-27303
**Case Name:** FIRTH, EARDLEY
FIRTH, CARMELITA
**Period Ending:** 01/03/12

**Trustee:** (330720)  RICHARD M. FOGEL
**Filed (f) or Converted (c):** 06/30/11 (f)
**§341(a) Meeting Date:** 07/27/11
**Claims Bar Date:** 10/28/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 15 | Real Property- 8210 Central Park, Skokie, IL | 195,500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.17 | FA |
| 16 | Assets    Totals (Excluding unknown values) | **$265,395.94** | **$6,191.00** | | **$5,000.17** | **$0.00** |

RE PROP# 11    Amended Schedule B filed

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012        **Current Projected Date Of Final Report (TFR):**    November 23, 2011 (Actual)

Printed: 01/03/2012 08:10 AM    V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 11-27303  
**Case Name:** FIRTH, EARDLEY  
FIRTH, CARMELITA  
**Taxpayer ID #:** **-***2068  
**Period Ending:** 01/03/12  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/04/11 | {11} | CARMELITA FIRTH | Non-exempt portion of income tax refund | 1124-000 | 5,000.00 | | 5,000.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 5,000.03 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,975.03 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 4,975.07 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,950.07 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 4,950.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,925.11 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.04 | | 4,925.15 |
| 12/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.02 | | 4,925.17 |
| 12/19/11 | | To Account #9200******0966 | Close account and transfer for final distributions | 9999-000 | | 4,925.17 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,000.17 | 5,000.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,925.17 | |
| | | | **Subtotal** | | 5,000.17 | 75.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.17** | **$75.00** | |

{} Asset reference(s)

Printed: 01/03/2012 08:10 AM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-27303  
**Case Name:** FIRTH, EARDLEY  
FIRTH, CARMELITA  
**Taxpayer ID #:** **-***2068  
**Period Ending:** 01/03/12

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/11 | | From Account #9200******0965 | Close account and transfer for final distributions | 9999-000 | 4,925.17 | | 4,925.17 |
| 12/21/11 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,250.01, Trustee Compensation;  Reference: | 2100-000 | | 1,250.01 | 3,675.16 |
| 12/21/11 | 102 | TARGET NATIONAL BANK | 9.35% dividend on Claim # 1, Ref: XXXXXXXXXXXX4457 | 7100-000 | | 103.26 | 3,571.90 |
| 12/21/11 | 103 | Chase Bank USA, N.A. | 9.35% dividend on Claim # 2, Ref: XXXXXXXXXXXX2504 | 7100-000 | | 127.77 | 3,444.13 |
| 12/21/11 | 104 | Chase Bank USA, N.A. | 9.35% dividend on Claim # 3, Ref: XXXXXXXXXXXX4649 | 7100-000 | | 709.98 | 2,734.15 |
| 12/21/11 | 105 | Chase Bank USA, N.A. | 9.35% dividend on Claim # 4, Ref: XXXXXXXXXXXX1793 | 7100-000 | | 447.40 | 2,286.75 |
| 12/21/11 | 106 | Great Lakes Educational Loan Services | 9.35% dividend on Claim # 5, Ref: XXXXXX0577 | 7100-000 | | 2,116.02 | 170.73 |
| 12/21/11 | 107 | GE Capital Retail Bank | 9.35% dividend on Claim # 6, Ref: XXXXXXXXX3620 | 7100-000 | | 141.48 | 29.25 |
| 12/21/11 | 108 | GE Capital Retail Bank | 9.35% dividend on Claim # 7, Ref: XXXXXX7321 | 7100-000 | | 29.25 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 4,925.17 | 4,925.17 | $0.00 |
| Less: Bank Transfers | 4,925.17 | 0.00 | |
| **Subtotal** | 0.00 | 4,925.17 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$4,925.17** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******09-65** | 5,000.17 | 75.00 | 0.00 |
| **Checking # 9200-******09-66** | 0.00 | 4,925.17 | 0.00 |
| | $5,000.17 | $5,000.17 | $0.00 |

{} Asset reference(s)            Printed: 01/03/2012 08:10 AM    V.12.57